(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Brandon Gipson___ __479470___
   (Name of Plaintiff)   (Inmate Number)

__Howard R. Young, Correctional Institution__
   (Complete Address with zip code)

(2) _____
   (Name of Plaintiff)   (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Raphael Williams__

(2) __Mark Emig__

(3) _____
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07- 282

(Case Number)
(to be assigned by U.S. District Court)

**FILED**
**MAY 22 2007**
**CIVIL COMPLAINT**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

• • Jury Trial Requested

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

                        N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (Yes) • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (Yes) • No

C. If your answer to "B" is Yes:

1. What steps did you take? I asked to be moved Back to General Population out of Administration Segragation.

2. What was the result? They Denied me the right to Do so

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Raphael Williams

Employed as Warden at Howard R. Young Correctional Institution
Mailing address with zip code: 1301 E. 12th Street Wilmington, DE 19809

(2) Name of second defendant: Mark Emig

Employed as Deputy Warden at Howard R. Young Correctional Institution
Mailing address with zip code: 1301 E. 12th Street Wilmington, DE,

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

D.O.B 6-16-90

Status &

for 47 hours and

1. The warden Raphael Williams At Howard R. Young Correctional center locked me down. Since 11-10-06 I been in Administration Segregation & Im still a Juvinile by Law. Im only 16 years old and D.O.C has been violating my 8th Amendment Right And Applying cruel + Unusual Punishment against me By locking me down giving me only 1 hr. for Recreation every other day.

2. 

3. 

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. [scribbled out]

To Award me 60 thousand dollars for all my pain and suffering

3

2. _____

_____

_____

_____

_____

3. _____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21th__ day of __May__, 2__007__.

X _Brandon Gipson_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Brandon Gibson
SBI# 474470
P.O Box 9501
Wilmington, DC 19809

WILMINGTON DE 197
21 MAY 2007 PM 2 L

Clerk
U.S District court
Lockbox 18
844. N King Street
Wilmington, DE 11801