IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANDON GIPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-282-GMS |
| | ) |
| RAPHAEL WILLIAMS and MARK EMIG, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Brandon Gipson ("Gipson"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 4, 2007, the court entered an order for Gipson to submit, within 30 days from the date of the order, a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 4);

WHEREAS, to date, the required documents have not been received from Gipson;

THEREFORE, at Wilmington this 2nd day of August, 2007, IT IS HEREBY ORDERED that the case is DISMISSED WITHOUT PREJUDICE for failure to comply with the June 4, 2007 order.

UNITED STATES DISTRICT JUDGE

FILED

AUG - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE